**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DAWN O'HARA PAGAN**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**AVANTIC MEDICAL LAB, INC.**,<br><br>Defendant. | **Case No.:** 2:25-cv-14907-BRM-JSA<br><br>**REQUEST FOR DEFAULT** |

**TO: Clerk, United States District Court for the District of New Jersey**

Plaintiff Dawn O'Hara Pagan ("Plaintiff") hereby requests the Clerk of the Court, pursuant to Fed. R. Civ. P. 55(a), enter the default of Defendant Avantic Medical Lab, Inc. ("Defendant") for failure to plead or otherwise defend. Plaintiff shall rely upon the Declaration of Mark K. Svensson, Esq. submitted in support of this request.

Dated November 3, 2025,

Respectfully,

By: */s/ Mark Svensson*

Mark K. Svensson
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street, Suite 408
New York, New York 10022
Phone: (202) 975-0468
Email: msvensson@milberg.com

Gary M. Klinger (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Courtney Maccarone
Ken Grunfeld (*pro hac vice* forthcoming)
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
maccarone@kolawyers.com
grunfeld@kolawyers.com

*Attorneys for Plaintiff and the Proposed Class*