# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAWN O'HARA PAGAN**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**AVANTIC MEDICAL LAB, INC.**,<br><br>Defendant. | Case No.: 2:25-cv-14907<br><br>**PLAINTIFFS' MOTION CLASS CERTIFICATION AND FOR DEFAULT JUDGMENT** |

Under Rules 23 and 55 of the Federal Rules of Civil Procedure, and pursuant to the Court's instruction on December 4, 2025, Plaintiff Dawn O'Hara Pagan ("Plaintiff") hereby moves for class certification and default judgment against Defendant Avantic Medical Lab, Inc. In support of this motion, Plaintiff attaches a Memorandum in Support and Proposed Order.

Dated: December 29, 2025

Respectfully Submitted,

By: */s/ Mark Svensson*
Mark K. Svensson
**MILBERG, PLLC**
405 East 50th Street
New York, New York 10022
Phone: (202) 975-0468
Email: msvensson@milberg.com

Gary M. Klinger
(*pro hac vice* forthcoming)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Courtney Maccarone
Ken Grunfeld
**KOPELOWITZ OSTROW**

1

**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
maccarone@kolawyers.com
grunfeld@kolawyers.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

    I certify that the foregoing Motion and accompanying Proposed Order were filed with the Clerk of Court on December 29, 2025

                                                 /s/ Mark Svensson
                                                 Mark K. Svensson