**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAWN O'HARA PAGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVANTIC MEDICAL LAB, INC.,<br><br>Defendant. | Case No. 2:25-cv-14907 (BRM) (JSA)<br><br>**ORDER** |

**THIS MATTER** is before the Court on Plaintiff Dawn O'Hara Pagan's ("Plaintiff") Motion for Class Certification pursuant to Federal Rule of Civil Procedure ("Rule") 23 and Default Judgment as to the issue of liability only pursuant to Rule 55(b) (the "Motion"). (ECF No. 14.) Defendant Avantic Medical Lab, Inc. ("Avantic") has not appeared in this matter. The Court has jurisdiction under 28 U.S.C. § 1332. Having reviewed the submission filed in connection with the Motion and having declined to hold a hearing pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 29th day of July 2026,

**ORDERED** that O'Hara Pagan's Motion for Class Certification (ECF No. 14) is **GRANTED**; and it is further

**ORDERED** that O'Hara Pagan's Motion for Default Judgment (*id.*) is **GRANTED** on Count I for negligence as to liability only and **DENIED** as to all other counts.

***/s/ Brian R. Martinotti***
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**